## BURK v. PHIPS.

An action will not lie in favor of a mother as a mother, for the service of a minor son, where it does not appear but what the father is living.

ACTION of the case; declaring that on or about the 1st of March last past, her son Edward Burk, a minor about sixteen years of age, being on board of the defendant's vessel at Charleston, in South Carolina, as a seaman, for a voyage of three months at customary wages; the defendant sold and executed a bill of sale or indenture of said Edward, to one Thomas Thomas for a term of years, and compelled him to enter on board said Thomas's vessel, bound to foreign parts, contrary to the mind and will of the plaintiff, or of said Edward; whereby she is deprived of the person, service, and company of her said son, to her damage £1,500; per writ dated 4th of April A. D. 1792.   Plea — Not guilty.   Issue to the jury.   Verdict for the plaintiff, and £15 damages.

The defendant moved in arrest of judgment the insufficiency of the plaintiff's declaration.

Motion in arrest adjudged sufficient — 1st. There is no averment in the declaration that the plaintiff is a *feme sole*, or but that said Edward's father is living.   2d. It doth not appear that she was guardian or any way entitled to the services of said boy; that as mother she is not, which differs the case from that of a father's commencing the action, for he is the natural guardian of his minor children, and entitled to their services.